

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers' Rights!*

February 18, 2025

<u>Via ECF</u>

Hon. Sarah L. Cave
Magistrate Judge
Southern District Of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Plaintiff's request at ECF No. 33 is **GRANTED in part**. The telephone conference to <u>schedule</u> a settlement conference currently set for February 19, 2025 (ECF No. 32) is **ADJOURNED** to **Monday, March 3, 2025, at 2:00 p.m. ET** on the Court's Microsoft Teams platform.
>
> The parties are directed to call: (646) 453-4442; phone conference ID: 868 994 056#, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 33.
>
> SO ORDERED.    February 18, 2025
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

    Re: *Lopez v. Staff YMY Inc et al.*
       Case No. 1:24-cv-07408

Dear Judge Cave:

  We write with consent of opposing counsel seeking a second adjournment of the settlement conference. We request the adjournment because only two days ago we finished analyzing the company pay and time records (this is an FLSA/NYLL case). The records are strong, and we have not had a chance to meet with our client to review and provide any records and other evidence that would show the Defendants' pay and time records do not reflect all of the hours Plaintiff worked. The Plaintiff obtained new work and we are trying to connect and provide a rebuttal for the Defendants to review.

  As such, we are progressing the case informally and working in good faith to narrow the legal and factual issues so we can have a more productive and informed settlement discussion. Currently, we will be unable to present the Court with the issues necessary to reach a resolution.

  We would request a three-week adjournment during which time we can obtain and send defendants the relevant evidence to review with their clients as well as present a demand based on the strength of the Plaintiff's rebuttal evidence.

  We apologize for the short notice, but we just finished the analysis Friday. Thank you for your time and attention to this matter.

*Jordan El-Hag*

Respectfully,
Jordan El-Hag, Esq.
El-Hag & Associates P.C

cc: **Via EFC**

Josh Beldner
Stuart Weinberger
Tilton Beldner LLP
626 RXR Plaza
Uniondale, NY 11556
516-262-3602
Fax: 516-324-3170
Email: jbeldner@tiltonbeldner.com

2