UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM LOPEZ,

                Plaintiff,

-v-

STAFF YMY INC., et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 7408 (MMG) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' motion to adjourn the April 9, 2025 settlement conference is **GRANTED**. (ECF Nos. 35; 36). The settlement conference scheduled for April 9, 2025 is **ADJOURNED** to **Thursday, May 8, 2025 at 2:15 p.m. ET** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 35 at 4–6) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **May 1, 2025**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (id. at 7).

The Clerk of Court is respectfully directed to close ECF No. 36.

Dated:    New York, New York
            April 3, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**