UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM LOPEZ,

                Plaintiff,

-v-

STAFF YMY INC., et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 7408 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for settlement and a specific non-dispositive motion/dispute at ECF No. 43. (ECF No. 47). Defendants filed a motion to compel arbitration (the "Motion") on July 17, 2025. (ECF No. 43). Pursuant to Local Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiff's opposition to the Motion was due by July 31, 2025. To date, Plaintiff has not filed an opposition to the Motion. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Plaintiff to oppose the Motion up to and including **August 7, 2025**.

Dated:    New York, New York
             August 1, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**