

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers' Rights!*

---

> Plaintiff's request at ECF No. 50 is **GRANTED in part**. The briefing schedule for Defendant's Motion to Compel Arbitration (ECF No. 43) is adjourned <u>sine die</u>. The Court **GRANTS** a stay of the case until **October 6, 2025**, and directs the parties to file a joint status letter on or before **September 22, 2025**, advising the Court whether the case can resume.
>
> This order addresses both of Plaintiff's requests at ECF Nos. 49 and 50.
>
> The Clerk of Court is respectfully directed to close ECF No. 50.
>
> SO ORDERED.    August 6, 2025
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

August 5, 2025

**<u>Via ECF</u>**

Hon. Margaret M. Garnett
United States District Court
Southern District Of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Case Name: Lopez v. Staff YMY Inc et al.*
*Case No. 1:24-cv-07408*
*Re: Request to stay deadlines*

Dear Judge Garnett:

    I represent the Plaintiff in the above-referenced matter. I am writing to the Court seeking a stay of the case for at least four months. For the past six months, I have been dealing with a significant undiagnosed health issue. Although I have been hopeful that the symptoms I have been experiencing would have been resolved, they have only grown more significant.

    At this point, I have been advised to reduce as many of my clients as possible while I begin undergoing diagnostic testing, and to see how reduced work may alleviate some of the symptoms I am experiencing. Testing begins in a few weeks, and pending the outcome, I will be better situated to navigate this challenge.

    As such, I would like the Court's assistance in staying the case deadlines and allowing me to try to resolve the cases in settlement on behalf of my clients, and if not, assist them in finding substitute counsel. I hope that I will be able to resolve the case on their behalf with the assistance of opposing counsel.

    I have discussed this with opposing counsel, and they consent to this request.

Respectfully,

By: *Jordan El-Hag*
Jordan El-Hag, Esq.
Attorney for Plaintiff
777 Westchester Ave., Ste. 101
White Plains, NY 10604
(914) 218-6190 (o)
(914) 206-4176 (f)
Jordan@elhaglaw.com