

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

November 12, 2025

**Via EFC**

Hon. Sarah L. Cave
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

*The Firm that Fights for Workers' Rights!*

> The Court thanks the parties for the update at Dkt. No. 56. In light of the parties' agreement to proceed to arbitration, Defendants' motion to compel arbitration (Dkt. No. 43) is **DENIED** as moot. The stay of this case is **EXTENDED** <u>sine</u> <u>die</u>. The parties shall file a joint letter updating the Court on the status of the arbitration by **December 12, 2025**, and every 30 days thereafter until the arbitration has concluded.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 43.
>
> SO ORDERED.    November 13, 2025
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

           **Re: Lopez v. Staff YMY Inc et.al**
           **Case No.: 1:24-cv-07408**
           **Joint letter**

      Counsel for Plaintiff respectfully submit this joint letter to advise the Court of the current status of this matter.

      The parties have continued to engage in settlement discussions in good faith; however, they have not reached a resolution. The Plaintiff has therefore elected to proceed to arbitration before JJ Peirson, who was originally assigned to this matter when the union filed the grievance pursuant to the Collective Bargaining Agreement (CBA).

      Accordingly, the parties jointly notify the Court that the case will proceed to arbitration.

                                                   *Jordan El-Hag*
                                                   Jordan El-Hag, Esq.
                                                    Attorney for Plaintiff
                                       777 Westchester Ave., Ste. 101
                                             White Plains, NY 10604
                                                   (914)218-6190 (o)
                                                   (914)206-4176 (f)
                                                 jordan@elhaglaw.com