UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM LOPEZ,

                        Plaintiff,

        -v-                                                    CIVIL ACTION NO. 24 Civ. 7408 (MMG) (SLC)

                                                                              **ORDER**

STAFF YMY INC., et al.,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 57, the parties were required to file a joint letter updating the Court on the status of arbitration (the "Letter") by December 12, 2025. (Dkt. No. 57).  To date, the parties have not filed the Letter.  As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file the Letter up to and including **December 22, 2025**, and **every 30 days thereafter** until the arbitration has concluded.

Dated:        New York, New York
              December 15, 2025

                                                        SO ORDERED.

                                                        _____
                                                        **SARAH L. CAVE**
                                                        **United States Magistrate Judge**