UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM LOPEZ,

Plaintiff,

-v-

CIVIL ACTION NO. 24 Civ. 7408 (MMG) (SLC)

STAFF YMY INC., et al.,

**ORDER**

Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 57, the parties were required to file a joint letter updating the Court on the status of arbitration (the "Letter") by December 12, 2025. (Dkt. No. 57).  On December 15, 2025, the parties having not filed the Letter, the Court sua sponte extended the deadline for the parties to file the Letter to December 22, 2025, and every 30 days thereafter until the arbitration has concluded.  (Dkt. No. 58).  To date, the parties have still not filed the Letter.  As a final courtesy, the Court sua sponte **EXTENDS** the parties deadline to file the Letter to **January 5, 2026** and every **30 days thereafter** until the arbitration has concluded.

Dated:      New York, New York
            December 23, 2025

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**