UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM LOPEZ,

                    Plaintiff,

        -v-                                                CIVIL ACTION NO. 24 Civ. 7408 (MMG) (SLC)

                                                           **ORDER**

STAFF YMY INC., et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement and general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement. (Dkt. No. 61). The Court is in receipt of the motion to withdraw as counsel filed by El-Hag & Associates, P.C. and Jordan El-Hag, Esq. ("Mr. El-Hag"), counsel for Plaintiff William Lopez ("Mr. Lopez"). (Dkt. No. 59 (the "Motion")). On or before **January 5, 2026**, Mr. El-Hag shall file proof of service of the Motion and this Order on Mr. Lopez. On or before **January 19, 2026**, Mr. Lopez shall respond to the Motion.

MR. LOPEZ IS WARNED THAT FAILURE TO RESPOND TO THE MOTION BY JANUARY 19, 2026 WILL RESULT IN THE COURT GRANTING THE MOTION.

Dated:        New York, New York
              December 29, 2025

                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**