UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM LOPEZ,

                          Plaintiff,

        -v-                                              CIVIL ACTION NO. 24 Civ. 7408 (MMG) (SLC)

                                                         **ORDER**

STAFF YMY INC., et al.,

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On December 19, 2025, El-Hag & Associates, P.C. and Jordan El-Hag, Esq. ("Mr. El-Hag"), counsel for Plaintiff William Lopez ("Mr. Lopez"), filed a motion to withdraw as counsel. (Dkt. No. 59 (the "Motion")).  On December 29, 2025, the Court ordered Mr. El-Hag to file proof of service of the Motion and the Order at Dkt. No. 62 (the "PoS") on Mr. Lopez by January 5, 2026. (Dkt. No. 62).  To date, Mr. El-Hag has not filed the PoS.  As a one-time courtesy, the Court sua sponte **EXTENDS** the Mr. El-Hag's deadline to file the PoS up to and including **January 13, 2026**. The Court further **EXTENDS** Mr. Lopez' deadline to respond to the Motion up to and including **January 26, 2026**.  MR. EL-HAG IS WARNED THAT FAILURE TO FILE THE POS BY **JANUARY 13, 2026** MAY RESULT IN THE COURT DENYING THE MOTION.  FURTHER, ASSUMING MR. EL-HAG FILES THE POS BY JANUARY 13, 2026, MR. LOPEZ IS WARNED THAT FAILURE TO RESPOND TO THE MOTION BY **JANUARY 26, 2026** WILL RESULT IN THE COURT GRANTING THE MOTION.

Dated:      New York, New York              SO ORDERED.
            January 6, 2026

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**