UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM LOPEZ,

                         Plaintiff,

        -v-                                              CIVIL ACTION NO. 24 Civ. 7408 (MMG) (SLC)

                                                                            **ORDER**

STAFF YMY INC., et al.,

                         Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the Court's Order at Dkt. No. 64, the parties were required to file a joint letter updating the Court on the status of the parties' arbitration (the "Letter") by February 4, 2026, and every 30 days thereafter.  (Dkt. No. 64).  To date, the parties have not filed the Letter.  As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file the Letter up to and including **February 12, 2026** and **every 30 days thereafter**.

Dated:        New York, New York                      SO ORDERED.
              February 5, 2026

                                                      _____
                                                      SARAH L. CAVE
                                                      **United States Magistrate Judge**