UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM LOPEZ,

Plaintiff,

-v-

STAFF YMY INC., et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 7408 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 70, the parties were required to file a joint letter updating the Court on the status of the parties' arbitration (the "Letter") by February 12, 2026 and every 30 days thereafter. (Dkt. No. 70). On February 12, 2026, the parties filed the Letter, making their next Letter due on March 16, 2026. (Dkt. No. 71). To date, the parties have not filed their next Letter. As a courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file their next Letter up to and including **March 24, 2026** and **every 30 days thereafter**.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff, William Lopez, at 1420 Grand Concourse Bronx, New York, 10466.

Dated: New York, New York
March 17, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**