UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM LOPEZ,

Plaintiff,

-v-

CIVIL ACTION NO. 24 Civ. 7408 (MMG) (SLC)

**ORDER**

STAFF YMY INC., et al.,

Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Clerk of Court has informed the Court that their attempts to mail copies of the Court's Orders at Dkt. Nos. 72 and 74 (the "Orders") to pro se Plaintiff William Lopez ("Mr. Lopez") have been unsuccessful and that the copies of the Orders have been returned to sender.  (Dkt. Entries dated Apr. 6, 2026 and Apr. 13, 2026).  On March 24, 2026, Defendants' counsel indicated that he has "been in touch with Mr. Lopez" regarding this matter," has "spoken via telephone [with Mr. Lopez]," and "exchanged emails [with Mr. Lopez]."  (Dkt. No. 73).  Accordingly, Defendants' counsel is **DIRECTED** to serve a copy of the Orders (Dkt. Nos. 72; 74) via email on Mr. Lopez and file proof of service by **April 17, 2026**.

Dated:      New York, New York          SO ORDERED.
            April 14, 2026

_____
**SARAH L. CAVE**
**United States Magistrate Judge**