UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM LOPEZ,

                              Plaintiff,

     -v-                                           CIVIL ACTION NO. 24 Civ. 7408 (MMG) (SLC)

STAFF YMY INC., et al.,                                          **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On April 17, 2026, counsel for Defendants Staff YMY Inc., Grand Concourse Estates LLC, 2406 Realty LLC, Simcha Applegrad, and Simcha Applegrad (together, "Defendants") emailed the Court a written submission in advance of the in-person conference scheduled for April 21, 2026 at 4:00 p.m. ET (the "Conference").  (See Dkt. No. 74).  In counsel's email, he refers to the Conference as a "settlement conference."  The Court clarifies that the Conference is not a settlement conference, but instead a status conference "to discuss the status of this matter[.]" (Id.)  No written submissions are required in advance of the Conference.

Defendants' counsel is **DIRECTED** to serve a copy of this Order via email on Mr. Lopez and file proof of service by **today, April 17, 2026**.

Dated:        New York, New York            SO ORDERED.
              April 17, 2026

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**