UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM LOPEZ,

                          Plaintiff,

          -v-

                                                    CIVIL ACTION NO. 24 Civ. 7408 (MMG) (SLC)

STAFF YMY INC., et al.,                             **ORDER**

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an in-person status conference on April 21, 2026 (the "Conference"), at which pro se Plaintiff William Lopez ("Mr. Lopez") and counsel for Defendants Staff YMY Inc., Grand Concourse Estates LLC, 2406 Realty LLC, Simcha Applegrad, and Milton R Reisman (together, "Defendants") appeared.  (See Dkt. Nos. 74; 80; minute entry dated Apr. 21, 2026).  At the Conference, the parties came to an agreement in principle, the terms of which the Court put on the record.  The parties also indicated they will be filing a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (the "Notice").  **Within fourteen days** of the Honorable Margaret M. Garnett's approval of the Notice, the parties shall file a motion for settlement approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

Further, by **April 24, 2026**, Defendants shall order a copy of the Conference transcript using the annexed form.

Defendants' counsel is **DIRECTED** to serve a copy of this Order via email on Mr. Lopez and file proof of service by **April 23, 2026**.

Dated:      New York, New York
            April 21, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|