UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM LOPEZ,

                            Plaintiff,

        -v-                                                          CIVIL ACTION NO. 24 Civ. 7408 (MMG) (SLC)

                                                                              **ORDER**

STAFF YMY INC., et al.,

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the application of pro se Plaintiff William Lopez ("Mr. Lopez") for pro bono counsel dated April 20, 2026, along with his application to proceed in forma pauperis ("IFP") dated April 17, 2026.  (Dkt. No. 86 (the "Application")).  At the in-person status conference on April 21, 2026, however, Mr. Lopez indicated that the Federal Pro Se Legal Assistance Project run by the City Bar Justice Center (the "Clinic") had agreed to represent him in connection with settlement in this case, and that Mr. Lopez was meeting with the Clinic on April 22, 2026 to discuss that representation.  (See minute entry dated Apr. 21, 2026).  In light of the Clinic's agreement to represent Mr. Lopez in this case for settlement purposes, the Application is **DENIED WITHOUT PREJUDICE**.

Defendants' counsel is **DIRECTED** to serve a copy of this Order via email on Mr. Lopez and file proof of service by **April 24, 2026**.

The Clerk of Court is respectfully directed to close Dkt. No. 86.

Dated:        New York, New York
              April 23, 2026                          SO ORDERED.

                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**