UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM LOPEZ,

                              Plaintiff,

        -v-                                                CIVIL ACTION NO. 24 Civ. 7408 (MMG) (SLC)

                                                                           **ORDER**

STAFF YMY INC., et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an in-person status conference in this action on April 21, 2026 (the "Conference"). (See Dkt. Nos. 74; 80; minute entry dated Apr. 21, 2026). Following the Conference, the Court ordered Defendants Staff YMY Inc., Grand Concourse Estates LLC, 2406 Realty LLC, Simcha Applegrad, and Milton R Reisman (together, "Defendants") to order a copy of the Conference transcript by April 24, 2026. (Dkt. No. 83). To date, however, Defendants have not ordered a copy of the Conference transcript. Accordingly, Defendants shall order a copy of the Conference transcript using the form annexed to the Court's Order at Dkt. No. 83 by **April 29, 2026**.

Defendants' counsel is **DIRECTED** to serve a copy of this Order via email on Mr. Lopez and file proof of service by **April 29, 2026**.

Dated:        New York, New York            SO ORDERED.
              April 28, 2026

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
NOTE: CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|