UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM LOPEZ,

                    Plaintiff,

     -v-                                              CIVIL ACTION NO. 24 Civ. 7408 (MMG) (SLC)

                                                                    **ORDER**

STAFF YMY INC., et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff William Lopez's ex parte emails concerning the parties' settlement agreement.  An **in-person** conference to discuss the parties' settlement agreement is scheduled for **May 18, 2026, at 2:00 p.m. ET** in Courtroom 18A, 500 Pearl Street, New York NY 10007 (the "Conference").  Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse for use at the Conference must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order on or before **May 12, 2026**.  The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

Further, the parties' deadline of **May 8, 2026** to file their motion for settlement approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), is **EXTENDED** sine die pending the Conference.

Defendants' counsel is **DIRECTED** to serve a copy of this Order via email on Mr. Lopez and

file proof of service by **May 11, 2026**.

Dated:       New York, New York                    SO ORDERED.
             May 7, 2026

_____
SARAH L. CAVE
**United States Magistrate Judge**

2