UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM LOPEZ,

                              Plaintiff,

        -v-                                          CIVIL ACTION NO. 24 Civ. 7408 (SLC)

                                                     **ORDER APPROVING SETTLEMENT**

STAFF YMY INC., et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The parties in this wage-and-hour case under the Fair Labor Standards Act ("FLSA") have consented to my jurisdiction under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 for purposes of reviewing their proposed settlement (Dkt. No. 89), and have now submitted a joint Letter-Motion in support of settlement (Dkt. No. 97 (the "Motion")) and proposed settlement agreement (Dkt. No. 97-1 (the "Agreement")) for approval under Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). Courts generally recognize a "strong presumption in favor of finding a settlement fair" in FLSA cases like this one, as courts are "not in as good a position as the parties to determine the reasonableness of an FLSA settlement." Souza v. 65 St. Marks Bistro, No. 15 Civ. 327 (JLC), 2015 WL 7271747, at *4 (S.D.N.Y. Nov. 6, 2015) (citation omitted).

Having carefully reviewed the Motion and the Agreement, and having participated in the conferences that led to the settlement (Dkt. Nos. 74; 80; 92; 93), the Court finds that all the terms of the Agreement appear to be fair and reasonable under the totality of the circumstances and in light of the factors enumerated in Wolinsky v. Scholastic Inc., 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012). Accordingly, the Court approves the Agreement.

This action is dismissed with prejudice and without costs except as may be stated in the Agreement.  The Court retains jurisdiction to enforce the Agreement.  Any pending motions are moot.  The Clerk of Court is respectfully requested to mark Dkt. No. 97 as "granted," and close this case.

Dated:    New York, New York
          June 2, 2026

SO ORDERED

SARAH L. CAVE
**United States Magistrate Judge**

Mail to:

William Lopez
1420 Grand Concourse
Apt. 4D
Bronx, NY 10456